IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


KIMBERLY DAWN WILLIAMS                                                    PLAINTIFF


        v.                              CIVIL NO. 2:18-CV-2149


ANDREW M. SAUL, [1] Commissioner,
Social Security Administration                                            DEFENDANT



## JUDGMENT

For reasons stated in the memorandum opinion of this date, the Court hereby affirms

the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties**

**have sixty days from entry of the judgment on the docket in which to appeal.**


IT IS SO ORDERED AND ADJUDGED this 26th day of August, 2019.



/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul, has been appointed to serve as Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.